DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

FILED____ LODGED
____RECEIVED____COPY

2010 MAY 19 P 4: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR10-1110 TUC DCB|JCG

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Harold Wright,<br><br>  Defendant. | **VICTIM CASE**<br>**INDICTMENT**<br><br>Violation:<br>18 U.S.C. § 111(a) and (b)<br><br>(Assault on a Federal Officer) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 23rd, 2010, at or near Tucson, in the District of Arizona, HAROLD WRIGHT, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Corrections Officer S. Hellman, an officer of the United States or any agency thereof, while Officer S. Hellman was engaged in the performance of his official duties, and did inflict bodily injury on Officer S. Hellman, that is, scratched Officer S. Hellman's thumb and hand, causing bleeding, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL

**REDACTED FOR PUBLIC DISCLOSURE**

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
AUSA

MAY 19 2010