```
___FILED___ ___LODGED
___RECEIVED___COPY

2011 FEB -3  P 1:54

CLERK US DISTRICT COURT
  DISTRICT OF ARIZONA
```

DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **SUPERSEDING INDICTMENT**  **VICTIM CASE** |
| Plaintiff, | |
| v. | Violation: 18 U.S.C. § 111(a) and (b) |
| Harold Wright, | (Assault on a Federal Officer causing physical injury and Assault on a Federal Officer) |
| Defendant. | **CR10-1110 TUC** DCB/JCG |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 23, 2010, at or near Tucson, in the District of Arizona, HAROLD WRIGHT, did intentionally and forcibly assault Federal Corrections Officer S. Hellman, an officer of the United States or any agency thereof, while Officer S. Hellman was engaged in the performance of his official duties, and did inflict bodily injury on Officer S. Hellman, that is, scratched Officer S. Hellman's thumb and hand, causing bleeding, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

//

//

## COUNT 2

On or about April 23, 2010, at or near Tucson, in the District of Arizona, HAROLD WRIGHT, did intentionally and forcibly assault Federal Corrections Officer S. Hellman, an officer of the United States or any agency thereof, while Officer S. Hellman was engaged in the performance of his official duties, making physical contact with Officer S. Hellman, that is, scratched Officer S. Hellman's thumb and hand, in violation of Title 18, United States Code, Sections 111(a).

A TRUE BILL



Presiding Juror

DENNIS K. BURKE
United States Attorney
District of Arizona

_/s/ Marais_

Assistant United States Attorney

FEB 03 2011

REDACTED FOR PUBLIC DISCLOSURE

United States v. Wright
Indictment Page 2