ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
ann.demarais@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | No. 10-1110-TUC-DCB (CRP) |
| ) | |
| v. ) | NOTICE OF IMPEACHMENT WITH PRIOR FELONY CONVICTION PURSUANT TO RULE 609(a)(1) AND 609(b). |
| ) | |
| Harold Wright, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, United States of America, by and through its attorneys, ANN BIRMINGHAM SCHEEL, Acting United States Attorney for the District of Arizona, and Ann DeMarais, Assistant U.S. Attorney, hereby gives notice pursuant to Federal Rules of Evidence 609(a)(1) and 609(b), that the government intends to impeach the defendant with his prior felony conviction as set forth herein:

(1) The defendant, Harold Wright, was convicted on or about December 4, 1997, in U.S. District Court, District of Maryland, Case No. MJG-97-0219, for two counts of

//
//
//
//

1  carjacking. The defendant was sentenced to 262 months and is currently serving his
2  sentence.

3  Respectfully submitted this 29th day of February, 2012.

5  ANN BIRMINGHAM SCHEEL
Acting United States Attorney
6  District of Arizona

7  *S/ Ann DeMarais*

8  Ann DeMarais
Assistant U.S. Attorney

12 Copy of the foregoing served
13 electronically or by other means
this 29th day of February, 2012, to:

14 Richard C. Bock, Esq.
15 Attorney for the Defendant